**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

JOEL ALMANZAR, individually, and on behalf of others similarly situated,

Plaintiff, No. 2:26-cv-6233-GRB-JMW

AIRGAS USA, LLC,

Defendants.

---------------------------------------------------------------- x

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE Benjamin Goldstein hereby appears in the above-titled action as counsel for Plaintiff Joel Almanzar, and hereby requests that a copy of all notices, pleadings, and other papers served or filed in connection with this case be served upon the undersigned counsel.

I hereby certify that I am admitted to practice before this court.

Dated: November 3, 2026
New York, New York

Respectfully submitted,

**LAWYERS FOR JUSTICE, P.C.**

By: */s/ Benjamin Goldstein*
Benjamin Goldstein
217 Broadway, Suite 511
New York, NY 10007
Tel.: (516) 587-8423
Email: b.goldstein@calljustice.com

*Attorney for Plaintiff, the Putative Class and the FLSA Collective*