LAWYERS FOR JUSTICE PC

November 11, 2026

Hon. Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re: *Almanzar v. Airgas USA, LLC*, No. 2:26 Civ. 06233 (GRB) (JMW)**

Dear Judge Brown:

My firm represents Plaintiff in the above-captioned action. Pursuant to Your Honor's Individual Practice Rules, Plaintiff requests that the Court adjourn Plaintiff's November 13, 2026 deadline to respond to Defendant's October 9, 2026 pre-motion letter seeking leave to file a motion to dismiss. Defendant consents to the relief requested herein.

Plaintiff filed this action in the Supreme Court of the State of New York, New York County. On October 2, 2026, Defendant removed the action to this Court. On October 9, 2026, Defendant filed a letter requesting a pre-motion conference in anticipation of moving to dismiss the Complaint. The Court directed Plaintiff to respond to Defendant's letter by November 13, 2026.

Plaintiff intends to file an amended complaint under Federal Rule of Civil Procedure 15(a)(1)(B). The parties met and conferred on November 5, 2026, and agreed that Plaintiff will file the amended complaint on or before December 4, 2026. The parties further agreed that Defendant will file a responsive pleading or, if appropriate, a new letter requesting a pre-motion conference concerning the amended complaint on or before December 24, 2026.

Because the amended complaint will supersede the current Complaint, Plaintiff respectfully requests that the Court adjourn Plaintiff's November 13, 2026 deadline to respond to Defendant's pending pre-motion letter and approve the proposed schedule set forth above. This schedule will avoid briefing issues concerning a complaint that Plaintiff intends to amend.

This is Plaintiff's first request to adjourn the Plaintiff's opposition deadline. The requested adjournment will not affect any other Court-ordered deadlines.

We thank the Court for its consideration.

Respectfully submitted,

LAWYERS FOR JUSTICE, P.C.

By: /s/ Benjamin Goldstein
Benjamin Goldstein
217 Broadway, Suite 511
New York, New York 10007
Telephone: (516) 587-8423
b.goldstein@calljustice.com
*Attorneys for Plaintiff*

cc: All counsel of record via ECF