# COUNTY OF SUFFOLK

VINCENT PULEO
SUFFOLK COUNTY CLERK

631-852-2000 ext. 55859

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 18 2026 ★
LONG ISLAND OFFICE

Date: NOV 10 2026

To whom it may concern: 26cv6233-GRB-JMW

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 624857/2026, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,

Tracy Lorenz

Administrative Assistant

E-filing Coordinator

Rev. 12/02/2022

CC # : C26-65574

# COUNTY CLERK'S OFFICE

**STATE OF NEW YORK**

COUNTY OF SUFFOLK

The Clerk of the County of Suffolk and of the Supreme and County Courts thereof,the same being Courts of Record, hereby certify that I have compared the annexed with the original

**CLERKS MINUTES NYSCEF**

filed in my office on **11/10/2026**

and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **11/10/2026** .

**SUFFOLK COUNTY CLERK**

V Puleo

**VINCENT PULEO**

**SEAL**

NYSCEF
Suffolk County Supreme Court

**Document List**
**Index # 624857/2026**

Created on:11/10/2026 10:08 AM

Case Caption: **Joel Almanzar v. Airgas USA, LLC**
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 08/24/2026 | Ghosh, J. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 09/17/2026 | Ghosh, J. |
| 3 | NOTICE OF APPEARANCE (PRE RJI) | Processed | 09/21/2026 | Small, B. |
| 4 | STIPULATION - TIME TO ANSWER<br>Stipulation Extending Defendant's Time to Respond to the Complaint to and including October 26, 2026 | Processed | 09/23/2026 | Winnick, K. |
| 5 | NOTICE OF REMOVAL / REMAND (PRE RJI)<br>*Corrected*<br>Notice of Filing of Removal | Processed | 10/22/2026 | Winnick, K. |
| 6 | EXHIBIT(S) - A<br>Copy of Notice of Removal | Processed | 10/22/2026 | Winnick, K. |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service of Notice of Filing of Removal with Exhibit A | Processed | 10/22/2026 | Winnick, K. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

------------------------------------------------------ X

JOEL ALMANZAR, individually, and on behalf of others similarly situated,

Plaintiff,

-against-

AIRGAS USA, LLC,

Defendant.

------------------------------------------------------ X

Index No. 624857/2026

**NOTICE OF FILING OF REMOVAL**

**PLEASE TAKE NOTICE** that on October 2, 2026, pursuant to 28 U.S.C. §§ 1331, 1332, 1441(c), and 1446, Defendant Airgas USA, LLC filed a Notice of Removal, a copy of which is annexed hereto as **Exhibit A**, removing the above-captioned action from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York. You are also advised that Defendant, on filing the Notice of Removal in the office of the Clerk of the United States District Court for the Eastern District of New York, filed a copy thereof with the Clerk of the County of Suffolk, to effect removal pursuant to 28 U.S.C. §§ 1331, 1332 1441(c), and 1446.

Dated: New York, New York
October 2, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Kyle Winnick

Kyle D. Winnick
kwinnick@seyfarth.com
620 Eighth Avenue
32nd Floor
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Attorney for Defendant Airgas USA, LLC